# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:05-CV-00053 LED |
| BUFFALO TECHNOLOGY (USA), INC., a Delaware corporation, and BUFFALO INC., a Japanese corporation | § § § § | Oral Argument Requested |
| Defendants. | § § § | |

### ORDER GRANTING COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION UNOPPOSED MOTION TO AMEND ITS PRELIMINARY INFRINGEMENT CONTENTIONS

After consideration of the papers and argument presented, and good cause being shown, Plaintiff Commonwealth Scientific and Industrial Research Organisation's ("CSIRO") Unopposed Motion to Amend Its Preliminary Infringement Contentions is hereby GRANTED.

In addition to the amendments permitted by local Patent Rule 3-6, CSIRO may amend its Preliminary Infringement Contentions to comply with local Patent Rule 3-1(b) to include additional accused products not included in CSIRO's Preliminary Infringement Contentions.

**So ORDERED and SIGNED this 9th day of June, 2006.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**