IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 6:06-CV-324 LED |
| BUFFALO TECHNOLOGY (USA), INC., a Delaware corporation, and BUFFALO INC., a Japanese corporation, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEAL

Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, notice is hereby given that pursuant to 28 U.S.C. § 1292(c)(2), Defendants Buffalo Technology (USA), Inc. and Buffalo, Inc. (collectively "Buffalo") hereby appeal to the United States Court of Appeals for the Federal Circuit from the following orders and all orders rendered appealable thereby:

(1) Memorandum Opinion and Order dated May 8, 2006 [Document 104];

(2) Memorandum Opinion and Order dated November 11, 2006 [Document 228];

(3) Memorandum Opinion and Order dated June 15, 2007 [Document 266]; and

(4) Permanent Injunction dated June 26, 2007 [Document 270].

Dated: July 3, 2007                    Respectfully submitted,

By: /s/ Richard J. Codding
(with permission by Allen F. Gardner)
    Richard J. Codding
    Akin Gump Strauss Hauer & Feld, LLP
    2029 Century Park East, Suite 2400
    Los Angeles, California 90067
    Telephone:   (310) 229-1000
    Facsimile:    (310) 229-1001
    E-mail:      rcodding@akingump.com

        Michael E. Jones (State Bar No. 10929400)
        Allen F. Gardner (State Bar No. 24043679
        POTTER MINTON
        A PROFESSIONAL CORPORATION
        110 North College, Suite 500
        Tyler, Texas 75702
        Telephone:    903.597.8311
        Facsimile:    903.593.0846
        E-mail:    mikejones@potterminton.com
        E-mail:    allengardner@potterminton.com

        Attorneys for Defendants
        BUFFALO TECHNOLOGY (USA), INC., and
        BUFFALO INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 3rd of July, 2007. Any other counsel of record will be served by first class mail on this same date.

        /s/ *Allen F. Gardner*
        Allen F. Gardner