IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION,<br><br>Plaintiff,<br><br>v.<br><br>BUFFALO TECHNOLOGY (USA), INC., and BUFFALO INC.,<br><br>Defendants | Civil Action No. 6-06 CV-324 LED |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

The Court is of the opinion that the Agreed Motion to Dismiss with Prejudice by CSIRO and Buffalo should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims made by CSIRO against Buffalo and all claims made by Buffalo against CSIRO therein are hereby DISMISSED with prejudice to the re-filing of same.  All costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

IT IS FUTHER ORDERED that this Court shall retain jurisdiction over this action and the parties for the purposes of enforcing the terms of the Settlement and License Agreement entered into by and between the parties.

So ORDERED and SIGNED this 16th day of June, 2009.



_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE